UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE PAZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No.: 23-cv-00928-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

    Pursuant to the Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

    IT IS HEREBY ORDERED that all claims against Defendant Citibank, N.A., and this entire action, is dismissed with prejudice. The parties shall each bear their own fees and costs. The Clerk of the Court shall close the case.

Dated: June 24, 2024

*William Q. Hayes* (signature)
Hon. William Q. Hayes
United States District Court